Entered on Docket
May 09, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| 1 | MORAN LAW GROUP, INC. |
| | CATHLEEN COOPER MORAN, I.D. #83758 |
| 2 | RENÉE C. MENDOZA, I.D. #139939 |
| | 1674 N. Shoreline Blvd., Suite 140 |
| 3 | Mountain View, CA 94043-1375 |
| | Tel.: (650) 694-4700 |
| 4 | Fax: (650) 694-4818 |
| | E-mail: Cathy@moranlaw.net |
| 5 | |
| | Attorney for Plaintiffs |
| 6 | CRAIG HULSE AND MERILEE GERMANO |

IT IS SO ORDERED.
Signed May 9, 2013

Arthur S. Weissbrodt
U.S. Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 7 |
| STEVEN MCVAY, | Bankruptcy No. 10-51273 |
|     Debtor. | |
| CRAIG HULSE and | Adversary Proceeding No. 11-5322 |
|     MERILEE HULSE, | |
| | Date: May 2, 2013 |
|     Plaintiffs, | Time: 2:15 |
|     v. | Place: Courtroom 3020 |
| STEVEN MCVAY, | |
|     Defendant. | |
| _____ | HON. ARTHUR S. WEISSBRODT |

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter came on for continued hearing on the motion of the Plaintiffs for summary judgment on the First Cause of Action in the Third Amended Complaint. Cathleen Cooper Moran appeared for Plaintiffs; Steven McVay appeared on his own behalf.

For the reasons articulated on the record, Plaintiffs are entitled to judgment on the First Cause of Action determining that Plaintiffs' claims in that cause of action are non dischargeable in the amount of $300,000. The court finds there is no just reason to delay entry of a final judgment on this cause of action.

***END OF ORDER***

| | **COURT SERVICE LIST** |
|---|---|
| 1 | |
| 2 | Steven McVay |
|   | 960 Stonehurst Way |
| 3 | Campbell, CA 95008 |