

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Plaintiffs
CRAIG HULSE AND MERILEE GERMANO

IT IS SO ORDERED.
Signed May 17, 2013

Arthur S. Weissbrodt
U.S. Bankruptcy

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: | Chapter 7 |
| STEVEN MCVAY, | Bankruptcy No. 10-51273 |
| CRAIG HULSE and MERILEE HULSE, | Adversary Proceeding No. 11-5322 |
| Plaintiffs, | |
| v. | |
| STEVEN MCVAY, | |
| Defendant. | HON. ARTHUR S. WEISSBRODT |

**JUDGMENT IN AN ADVERSARY PROCEEDING**
**First Cause of Action**

Plaintiffs Craig Hulse and Merilee Hulse shall recover from the defendant Steven McVay the sum of three hundred thousand dollars ($300,000) on their first cause of action in this proceeding and that no just cause exists to delay entry of final judgment on the first cause of action, without prejudice to the adjudication of the balance of their claims.

***END OF JUDGMENT***

**COURT SERVICE LIST**